# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: admin | Date Created: 4/23/2025 |
| Case: 25−06161 | Form ID: 309F2 | Total: 90 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
31401558   Calabasas, CA 91302
                                                                                              TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Albert Whitman & Company | 250 S. Northwest Highway | Suite 320 | Park Ridge, IL 60068−4237 |
| tr | Robert P Handler | Commercial Recovery Associates, LLC | 805 Greenwood Street | Evanston, IL 60201 |
| aty | William J Factor | William J. Factor   105 W. Madison St.   Suite 2300 | | Chicago, IL 60602 |
| smg | Department of the Treasury | Internal Revenue Service | P.O. Box 7346 | Philadelphia, PA 19101 |
| smg | Internal Revenue Service | Mail Stop 5014CHI | 230 S. Dearborn Street, Room 2600 | Chicago, IL 60604 |
| 31401553 | ARC Document Solutions   4219 Malsbary Rd.   Cincinnati, OH 45242 | | | |
| 31401557 | ATTILA GAZDAG,   23630 Clover Trail | | | |
| 31401543 | Advocate Art USA   31 Hudson Yards   New York, NY 10001 | | | |
| 31401544 | Alexandria's Design   1010 Shore Crest Rd.   San Diego, CA 92109 | | | |
| 31401545 | American Express Company   Box 0001   Los Angeles, CA 90096 | | | |
| 31401546 | American Library Assoc   6499 Network Place   Chicago, IL 60634 | | | |
| 31401547 | American Library Association   225 N. Michigan Ave.   Chicago, IL 60601 | | | |
| 31401548 | Amnet Systems LLC   PO Box 728   Savoy, IL 61874 | | | |
| 31401549 | Amundsen Davis LLC   150 N. Michigan Ave.   Chicago, IL 60601 | | | |
| 31401550 | Andrea Brown Agency   2100 Geng Rd.   Palo Alto, CA 94303 | | | |
| 31401551 | Anna Goodson Management Inc.   38−11 Place Du Commerce, Suite 611   Verdun, Quebec Canada | | | |
| 31401552 | Apropo Services, Inc.   4318 River Road   Schiller Park, IL 60176 | | | |
| 31401554 | Association of American Publishers   1730 Pennsylvania Ave.   Washington, DC 20006 | | | |
| 31401555 | Association of Jewish Libraries   c/o Holly Zimmerman, Treasurer   PO Box 1118   Teaneck, NJ 07666 | | | |
| 31401556 | Astound   175 Greenwich Street   New York, NY 10007 | | | |
| 31401562 | BR Printers, Inc.   665 Lenfest Road   San Jose, CA 95133 | | | |
| 31401559 | Big River Consulting LLC   3218 SE 62nd Ave.   Portland, OR 97206 | | | |
| 31401560 | Bista Solutions Inc.   1255 W. 15th Street   Plano, TX 75075 | | | |
| 31401561 | Bookends Literary   136 Long Hill Road   Gillette, NJ 07933 | | | |
| 31401563 | Bright Group US Inc   157−A First St.   Jersey City, NJ 07302 | | | |
| 31401564 | Brousseau   9705 Odessa   Sepulveda, CA 91343 | | | |
| 31401565 | Canon Financial Services   14904 Collections Center Drive   Chicago, IL 60693 | | | |
| 31401566 | Chang Jiang Printing Media Co., Ltd.   Room 1701, 17th Floor   Hong Kong, Chai Wan | | | |
| 31401567 | Chase Cardmember Services   PO Box 15153   Wilmington, DE 19886−5153 | | | |
| 31401568 | Chen   4445 Hobbs Drived   La Canada Flintridge, CA 91011 | | | |
| 31401569 | East West Literary   2632 Wilshire Blvd.   Santa Monica, CA 90403 | | | |
| 31401570 | Energage, LLC   397 Eagleview Blvd., Suite 200   Exton, PA 19341 | | | |
| 31401572 | FP Mailing Solutions   PO Box 157   Bedford Park, IL 60506 | | | |
| 31401571 | Fisher & Phillips LLP   PO Box 850045   Minneapolis, MN 55485 | | | |
| 31401573 | Gasch Printing, Inc.   1780 Crossroads Drive   Odenton, MD 21113 | | | |
| 31401574 | Guangzhou King Tai Printing Limited   Building No, 4, Guanmei Industrial   Guangzhou, Guangdong | | | |
| 31401575 | Hanover Insurance   PO Box 580045   Charlotte, NC 28202 | | | |
| 31401576 | Heritage trade Show Services   620 Shenandoah Ave.   Saint Louis, MO 63104 | | | |
| 31401577 | Howard & Howard Attorneys   PO Box 95234   Chicago, IL 60611 | | | |
| 31401578 | Huck Bouma   1755 South Naperville Road   Wheaton, IL 60189 | | | |
| 31401579 | Humaran   c/o Juan Francisco Segui   4653−3 'A' | | | |
| 31401581 | Hung Hing Offset Printing Co.   17−19 Dai Hei Street Taipo Ind. Est.   Hong Kong | | | |
| 31401580 | Hung Hing Offset Printing Co.   Hung Hing Printing Centre   N.T. Hong Kong | | | |
| 31401582 | Illinois Department of Revenue   PO Box 19035   Springfield, IL 62794−9006 | | | |
| 31401583 | Jennifer Nelson Artists, Inc.   9 Alexander Avenue   Belmont, MA 02478 | | | |
| 31401584 | Jennifer Vaughn Artist Agency   289 N. Sunset Way   Palm Springs, CA 92262 | | | |
| 31401585 | John Quattrocchi   250 S. Northwest Hwy, #320   Park Ridge, IL 60068 | | | |
| 31401586 | Jostens Inc.   148 East Broadway   Owatonna, MN 55060 | | | |
| 31401587 | KFK Advisors   627 S. Western Ave.   Park Ridge, IL 60068 | | | |
| 31401591 | LSC Communications US, LLC   PO Box 776421   Chicago, IL 60690 | | | |
| 31401588 | Lake Book   2085 Cornell Ave.   Melrose Park, IL 60160 | | | |
| 31401589 | Lakeside Book Company   4101 Winfield Road   Warrenville, IL 60555 | | | |
| 31401590 | Library Journals, LLC   Plain City, OH 43064 | | | |
| 31401592 | Mann Associates   155 N Pfingsten Rd.   Deerfield, IL 60015 | | | |
| 31401593 | Marshall Cskey   24025 Park Sorrento   Suite 400   Calabasas, CA 91302 | | | |
| 31401594 | McPartland   616 Edinburgh Lane   Prospect Heights, IL 60070 | | | |
| 31401595 | Moore   6850N Kolmar   Lincolnwood, IL 60712 | | | |
| 31401596 | Noonan   153 Holliss Ave.   Braintree, MA 02184 | | | |
| 31401597 | Noventech Inc   450 E 22nd St.   Lombard, IL 60148 | | | |
| 31401598 | Outlook Marketing Services   100 Lexington Drive, #6997   Buffalo Grove, IL 60089 | | | |
| 31401599 | Park Ridge Building LLC   404 Wyman STreet   Waltham, MA 02451 | | | |

| | | | | |
|---|---|---|---|---|
| 31401600 | Pat McPartland | 616 Edinburgh Lane | Prospect Heights, IL 60070 | |
| 31401601 | Petronio | 3 Lincoln Circle | Tuckahoe, NY 10707 | |
| 31401602 | Pixel Mouse House LLC | PO Box 20241 | Huntington Station, NY 11746 | |
| 31401603 | Quality Solutions Inc. | DBA Firebrand | 36 High St. | Newburyport, MA 01950 |
| 31401604 | Reed Stelter | 1 Langdon Street | Madison, WI 53703 | |
| 31401605 | Republic Business Credit | 900 Camp St., #301 | New Orleans, LA 70130 | |
| 31401606 | Rich | 16303 S. Forest Edge Dr. | Plainfield, IL 60544 | |
| 31401607 | Sadler Literary | Attn: Jodell Sadler | 1915 Whitestone Drive | Rockton, IL 61072 |
| 31401608 | Sean McCarthy Literary Agency | 34 Manchester Drive | Mount Kisco, NY 10549 | |
| 31401609 | Shannon Associates | 333 West 57th Street | New York, NY 10019 | |
| 31401610 | Sheridan Michigan | 613 E. Industrial Dr. | Chelsea, MI 48118 | |
| 31401611 | Staples Business Advantage | PO Box 660409 | Dallas, TX 75266 | |
| 31401612 | Sterling Lord Literistic, Inc. | 594 Broadway, Suite 205 | New York, NY 10012 | |
| 31401613 | Storm Literary Agency | PO Box 640 | Twinsburg, OH 44087 | |
| 31401614 | Studio Goodwin Sturges | 255 Promenade Street, #144 | Providence, RI 02908 | |
| 31401616 | TC Transcontinental Printing Inc | 1500 Jules–Poitras Boulevard | Saint–Laurent, Quebec Canada | |
| 31401615 | Taylor Print & Visual Impressions | DBA CG Book Printers | 1725 Roe Crest Drive | North Mankato, MN 56003 |
| 31401617 | The Rights Factory | PO Box 499, Station C | Toronto, Ontario Canada | |
| 31401618 | The Seymour Agency, LLC | 889 Briarwood Blvd. | Naples, FL 34120 | |
| 31401619 | Traliant Holdings LLC | 1600 Rosecrans Ave. | Manhattan Beach, CA 90266 | |
| 31401620 | Transatlantic Literary Agency | 2 Bloor Street East | Toronto, Ontario Canada | |
| 31401621 | Tugeau2, Inc. | 2231 Grandview Avenue | Cleveland, OH 44109 | |
| 31401625 | WKT Company Limited | 3/F, Block 1 | Hong Kong | |
| 31401622 | Walsworth | 306 North Kansas Avenue | Marceline, MO 64658 | |
| 31401623 | Warady & Davis LLP | 1717 Deerfield Road | Deerfield, IL 60015 | |
| 31401624 | Wells | 2810 Mission Ridge Rd. | Wenatchee, WA 98801 | |
| 31401626 | Woodland Global | 900 Stewart Ave., Suite 120 | Garden City, NY 11530 | |
| 31401627 | Ybp Library Services | PO Box 277991 | Atlanta, GA 30384 | |

TOTAL: 89