| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **Albert Whitman & Company**<br>Name | EIN: | 36–1962790 |
| United States Bankruptcy Court | Northern District of Illinois | Date case filed for chapter: | 11    4/22/25 |
| Case number: | 25–06161 | | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Albert Whitman & Company | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 250 S. Northwest Highway<br>Suite 320<br>Park Ridge, IL 60068–4237 | |
| 4. | **Debtor's attorney**<br>Name and address | William J Factor<br>William J. Factor<br>105 W. Madison St.<br>Suite 2300<br>Chicago, IL 60602 | Contact phone 312–878–6976<br><br>Email: wfactor@wfactorlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Robert P Handler<br>Commercial Recovery Associates, LLC<br>805 Greenwood Street<br>Evanston, IL 60201 | Contact phone 312–845–5001<br><br>Email: rhandler@com–rec.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 4/23/25 |

**For more information, see page 2 >**

Debtor **Albert Whitman & Company**                                                                                              Case number **25–06161**

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **May 29, 2025 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Appear by Teams** |
| **8.** | **Proof of claim deadline** | **Deadline for filing proof of claim:**  Not yet set. If a deadline is set, the court will send you another notice.<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | | |
| **9.** | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:**      7/28/25 | | |
| **10.** | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | | |
| **11.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | | |
| **12.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | | |

United States Bankruptcy Court

Northern District of Illinois

| | |
|---|---|
| In re: | Case No. 25-06161-JPC |
| Albert Whitman & Company | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 23, 2025 | Form ID: 309F2 | Total Noticed: 82 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Albert Whitman & Company, 250 S. Northwest Highway, Suite 320, Park Ridge, IL 60068-4272 |
| 31401553 | + | ARC Document Solutions, 4219 Malsbary Rd., Cincinnati, OH 45242-5509 |
| 31401557 | + | ATTILA GAZDAG,, 23630 Clover Trail 23630-0001 |
| 31401543 | + | Advocate Art USA, 31 Hudson Yards, New York, NY 10001-2170 |
| 31401544 | | Alexandria's Design, 1010 Shore Crest Rd., San Diego, CA 92109 |
| 31401546 | | American Library Assoc, 6499 Network Place, Chicago, IL 60634 |
| 31401547 | + | American Library Association, 225 N. Michigan Ave., Chicago, IL 60601-7757 |
| 31401549 | + | Amundsen Davis LLC, 150 N. Michigan Ave., Chicago, IL 60601-7621 |
| 31401550 | + | Andrea Brown Agency, 2100 Geng Rd., Palo Alto, CA 94303-3343 |
| 31401551 | | Anna Goodson Management Inc., 38-11 Place Du Commerce, Suite 611, Verdun, Quebec Canada |
| 31401552 | + | Apropo Services, Inc., 4318 River Road, Schiller Park, IL 60176-1626 |
| 31401554 | + | Association of American Publishers, 1730 Pennsylvania Ave., Washington, DC 20006-4742 |
| 31401555 | + | Association of Jewish Libraries, c/o Holly Zimmerman, Treasurer, PO Box 1118, Teaneck, NJ 07666-1118 |
| 31401556 | + | Astound, 175 Greenwich Street, New York, NY 10007-2439 |
| 31401562 | + | BR Printers, Inc., 665 Lenfest Road, San Jose, CA 95133-1615 |
| 31401559 | + | Big River Consulting LLC, 3218 SE 62nd Ave., Portland, OR 97206-2046 |
| 31401560 | + | Bista Solutions Inc., 1255 W. 15th Street, Plano, TX 75075-7299 |
| 31401561 | + | Bookends Literary, 136 Long Hill Road, Gillette, NJ 07933-1433 |
| 31401563 | + | Bright Group US Inc, 157-A First St., Jersey City, NJ 07302-4816 |
| 31401564 | + | Brousseau, 9705 Odessa, Sepulveda, CA 91343-1832 |
| 31401566 | | Chang Jiang Printing Media Co., Ltd., Room 1701, 17th Floor, Hong Kong, Chai Wan |
| 31401568 | + | Chen, 4445 Hobbs Drived, La Canada Flintridge, CA 91011-3424 |
| 31401569 | + | East West Literary, 2632 Wilshire Blvd., Santa Monica, CA 90403-4623 |
| 31401570 | + | Energage, LLC, 397 Eagleview Blvd., Suite 200, Exton, PA 19341-1150 |
| 31401572 | + | FP Mailing Solutions, PO Box 157, Bedford Park, IL 60499-0157 |
| 31401571 | + | Fisher & Phillips LLP, PO Box 850045, Minneapolis, MN 55485-0045 |
| 31401573 | + | Gasch Printing, Inc., 1780 Crossroads Drive, Odenton, MD 21113-1146 |
| 31401576 | + | Heritage trade Show Services, 620 Shenandoah Ave., Saint Louis, MO 63104-4151 |
| 31401577 | + | Howard & Howard Attorneys, PO Box 95234, Chicago, IL 60690-7219 |
| 31401578 | + | Huck Bouma, 1755 South Naperville Road, Wheaton, IL 60189-5844 |
| 31401581 | | Hung Hing Offset Printing Co., 17-19 Dai Hei Street Taipo Ind. Est., Hong Kong |
| 31401580 | | Hung Hing Offset Printing Co., Hung Hing Printing Centre, N.T. Hong Kong |
| 31401584 | + | Jennifer Vaughn Artist Agency, 289 N. Sunset Way, Palm Springs, CA 92262-6831 |
| 31401585 | + | John Quattrocchi, 250 S. Northwest Hwy, #320, Park Ridge, IL 60068-4272 |
| 31401586 | + | Jostens Inc., 148 East Broadway, Owatonna, MN 55060-2499 |
| 31401587 | + | KFK Advisors, 627 S. Western Ave., Park Ridge, IL 60068-4411 |
| 31401591 | + | LSC Communications US, LLC, PO Box 776411, Chicago, IL 60677-6411 |
| 31401588 | + | Lake Book, 2085 Cornell Ave., Melrose Park, IL 60160-1002 |
| 31401589 | + | Lakeside Book Company, 4101 Winfield Road, Warrenville, IL 60555-3521 |
| 31401590 | | Library Journals, LLC, Plain City, OH 43064 |
| 31401593 | + | Marshall Cskey, 24025 Park Sorrento, Suite 400, Calabasas, CA 91302-4009 |
| 31401594 | + | McPartland, 616 Edinburgh Lane, Prospect Heights, IL 60070-3706 |
| 31401595 | + | Moore, 6850N Kolmar, Lincolnwood, IL 60712-4701 |

| District/off: 0752-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2025 | Form ID: 309F2 | Total Noticed: 82 |

| | | |
|---|---|---|
| 31401596 | + | Noonan, 153 Holliss Ave., Braintree, MA 02184-4511 |
| 31401597 | + | Noventech Inc, 450 E 22nd St., Lombard, IL 60148-6113 |
| 31401598 | + | Outlook Marketing Services, 100 Lexington Drive, #6997, Buffalo Grove, IL 60089-6937 |
| 31401599 | + | Park Ridge Building LLC, 404 Wyman STreet, Waltham, MA 02451-1212 |
| 31401600 | + | Pat McPartland, 616 Edinburgh Lane, Prospect Heights, IL 60070-3706 |
| 31401601 | + | Petronio, 3 Lincoln Circle, Tuckahoe, NY 10707-2307 |
| 31401602 | + | Pixel Mouse House LLC, PO Box 20241, Huntington Station, NY 11746-0854 |
| 31401603 | + | Quality Solutions Inc., DBA Firebrand, 36 High St., Newburyport, MA 01950-3157 |
| 31401604 | + | Reed Stelter, 1 Langdon Street, Madison, WI 53703-1347 |
| 31401605 | + | Republic Business Credit, 900 Camp St., #301, New Orleans, LA 70130-3984 |
| 31401606 | + | Rich, 16303 S. Forest Edge Dr., Plainfield, IL 60586-8624 |
| 31401607 | + | Sadler Literary, Attn: Jodell Sadler, 1915 Whitestone Drive, Rockton, IL 61072-8005 |
| 31401608 | + | Sean McCarthy Literary Agency, 34 Manchester Drive, Mount Kisco, NY 10549-1902 |
| 31401609 | + | Shannon Associates, 333 West 57th Street, New York, NY 10019-3159 |
| 31401610 | + | Sheridan Michigan, 613 E. Industrial Dr., Chelsea, MI 48118-1536 |
| 31401611 | + | Staples Business Advantage, PO Box 660409, Dallas, TX 75266-0409 |
| 31401612 | + | Sterling Lord Literistic, Inc., 594 Broadway, Suite 205, New York, NY 10012-3234 |
| 31401613 | + | Storm Literary Agency, PO Box 640, Twinsburg, OH 44087-0640 |
| 31401614 | + | Studio Goodwin Sturges, 255 Promenade Street, #144, Providence, RI 02908-5764 |
| 31401616 | | TC Transcontinental Printing Inc, 1500 Jules-Poitras Boulevard, Saint-Laurent, Quebec Canada |
| 31401615 | + | Taylor Print & Visual Impressions, DBA CG Book Printers, 1725 Roe Crest Drive, North Mankato, MN 56003-1807 |
| 31401617 | | The Rights Factory, PO Box 499, Station C, Toronto, Ontario Canada |
| 31401618 | + | The Seymour Agency, LLC, 889 Briarwood Blvd., Naples, FL 34104-0801 |
| 31401620 | | Transatlantic Literary Agency, 2 Bloor Street East, Toronto, Ontario Canada |
| 31401621 | + | Tugeau2, Inc., 2231 Grandview Avenue, Cleveland, OH 44106-3134 |
| 31401625 | | WKT Company Limited, 3/F, Block 1, Hong Kong |
| 31401622 | + | Walsworth, 306 North Kansas Avenue, Marceline, MO 64658-2105 |
| 31401623 | + | Warady & Davis LLP, 1717 Deerfield Road, Deerfield, IL 60015-3973 |
| 31401624 | + | Wells, 2810 Mission Ridge Rd., Wenatchee, WA 98801-8820 |
| 31401626 | + | Woodland Global, 900 Stewart Ave., Suite 120, Garden City, NY 11530-4829 |
| 31401627 | + | Ybp Library Services, PO Box 277991, Atlanta, GA 30384-7991 |

TOTAL: 74

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: wfactor@wfactorlaw.com | Apr 23 2025 23:31:00 | William J Factor, William J. Factor, 105 W. Madison St., Suite 2300, Chicago, IL 60602 |
| tr | + | Email/Text: rhandler@com-rec.com | Apr 23 2025 23:31:00 | Robert P Handler, Commercial Recovery Associates, LLC, 805 Greenwood Street, Evanston, IL 60201-6521 |
| smg | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 23 2025 23:32:00 | Department of the Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 31401545 | + | Email/PDF: bncnotices@becket-lee.com | Apr 23 2025 23:42:06 | American Express Company, Box 0001, Los Angeles, CA 90096-0001 |
| 31401565 | ^ | MEBN | Apr 23 2025 23:28:54 | Canon Financial Services, 14904 Collections Center Drive, Chicago, IL 60693-0149 |
| 31401567 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 23 2025 23:40:53 | Chase Cardmember Services, PO Box 15153, Wilmington, DE 19886-5153 |
| 31401575 | + | Email/Text: ogclitmail@hanover.com | Apr 23 2025 23:33:00 | Hanover Insurance, PO Box 580045, Charlotte, NC 28258-0045 |
| 31401582 | | Email/Text: rev.bankruptcy@illinois.gov | Apr 23 2025 23:32:00 | Illinois Department of Revenue, PO Box 19035, Springfield, IL 62794-9006 |

TOTAL: 8

Case 25-06161   Doc 18   Filed 04/25/25   Entered 04/25/25 23:11:49   Desc Imaged
Certificate of Notice   Page 5 of 5

| District/off: 0752-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 23, 2025 | Form ID: 309F2 | Total Noticed: 82 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 31401558 | | Calabasas, CA 91302 |
| 31401574 | | Guangzhou King Tai Printing Limited, Building No, 4, Guanmei Industrial, Guangzhou, Guangdong |
| 31401579 | | Humaran, c/o Juan Francisco Segui, 4653-3 'A' |
| smg | *+ | Internal Revenue Service, Mail Stop 5014CHI, 230 S. Dearborn Street, Room 2600, Chicago, IL 60604-1705 |
| 31401548 | ##+ | Amnet Systems LLC, PO Box 728, Savoy, IL 61874-0728 |
| 31401583 | ##+ | Jennifer Nelson Artists, Inc., 9 Alexander Avenue, Belmont, MA 02478-4802 |
| 31401592 | ##+ | Mann Associates, 155 N Pfingsten Rd., Deerfield, IL 60015-4928 |
| 31401619 | ##+ | Traliant Holdings LLC, 1600 Rosecrans Ave., Manhattan Beach, CA 90266-3708 |

TOTAL: 3 Undeliverable, 1 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2025   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam G. Brief | Ustpregion11.es.ecf@usdoj.gov |
| Robert P Handler | rhandler@com-rec.com  rhandlerscv@ecf.axosfs.com |
| William J Factor | on behalf of Debtor 1 Albert Whitman & Company wfactor@wfactorlaw.com wfactorlaw@gmail.com;bsass@wfactorlaw.com;wfactor@ecf.courtdrive.com;wfactormyecfmail@gmail.com;factorwr43923@notify.bestcase.com |

TOTAL: 3